# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130179(47)

CITY OF SOUTH LYON and SOUTH
LYON TREASURER,
        Plaintiffs-Appellees,

v

OAKLAND COUNTY DRAIN
COMMISSIONER,
        Defendant-Appellant.

SC: 130179
COA: 254571
Oakland CC: 03-055080-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's July 19, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., would grant reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

d1023

Clerk